UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADELA VILLAFANA RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>JASON KNIGHT, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, Immigration and Customs Enforcement; KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; KRISTI NOEM, Secretary, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General,<br><br>　　　　　Respondents. | Case No. 1:25-cv-00600-BLW<br><br>**JUDGMENT** |

　　　In accordance with this Court's November 19, 2025, Memorandum Decision and Order (Dkt. 18), granting Amended Petitioner's Writ of Habeas Corpus (Dkt. 8) and ordering her immediate release, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in Petitioner's favor. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which

Petitioner's eligibility for bond must be considered.  The Clerk is directed to close this case.

DATED: November 20, 2025

B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 2